Fill in this information to identify your case:

United States Bankruptcy Court for the:

**Eastern District of California**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/22**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **William**<br>First name<br>**Jacob**<br>Middle name<br>**Miller**<br>Last name<br><br>Suffix (Sr., Jr, II, III) | First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Jacob**<br>First name<br><br>Middle name<br>**Miller**<br>Last name<br><br>**Jake**<br>First name<br><br>Middle name<br>**Miller**<br>Last name<br><br>**HACC Transport, LLC**<br>Business name (if applicable)<br>**J & M Properties**<br>Business name (if applicable)<br>See continuation page. | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – __1_ _6_ _0_ _7_<br>OR<br>**9**xx – xx – __ __ __ __ | xxx – xx – __ __ __ __<br>OR<br>**9**xx – xx – __ __ __ __ |

Debtor 1　　__William__　　　__Jacob__　　　　__Miller__　　　　　　　Case number *(if known)* _____

　　　　　　First Name　　　　Middle Name　　　Last Name

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | __8__ __1__ - __2__ __6__ __7__ - __2__ __7__ __6__ __6__ <br> EIN <br><br> __3__ __2__ - __0__ __3__ __7__ __9__ __1__ __2__ __8__ <br> EIN <br><br> See continuation page. | __ __ - __ __ __ - __ __ __ __ <br> EIN <br><br> __ __ - __ __ __ - __ __ __ __ <br> EIN |

**5. Where you live**

| | |
|---|---|
| __7337 20th Avenue_____ <br> Number　　　Street <br><br> _____ <br><br> __Lemoore, CA 93245_____ <br> City　　　　　　　State　　ZIP Code <br><br> __Kings_____ <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> _____ <br> Number　　　Street <br><br> _____ <br> P.O. Box <br><br> _____ <br> City　　　　　　　State　　ZIP Code | **If Debtor 2 lives at a different address:** <br><br> _____ <br> Number　　　Street <br><br> _____ <br><br> _____ <br> City　　　　　　　State　　ZIP Code <br><br> _____ <br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> _____ <br> Number　　　Street <br><br> _____ <br> P.O. Box <br><br> _____ <br> City　　　　　　　State　　ZIP Code |

**6. Why you are choosing *this district* to file for bankruptcy**

| *Check one:* | *Check one:* |
|---|---|
| ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408) <br><br> _____ <br><br> _____ <br><br> _____ <br><br> _____ | ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408) <br><br> _____ <br><br> _____ <br><br> _____ <br><br> _____ |

Debtor 1    **William**          **Jacob**          **Miller**                          Case number *(if known)* _____
                First Name              Middle Name              Last Name

| **Part 2:** | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

---

**8.** **How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.
☐ Yes.

| Debtor _____ | | Relationship to you _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |
| | MM / DD / YYYY | |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |
| | MM / DD / YYYY | |

---

**11.** **Do you rent your residence?**

☑ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    **William**    **Jacob**    **Miller**
            First Name    Middle Name    Last Name

Case number *(if known)* _____

| **Part 3:** | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____
City            State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U. S. C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Debtor 1 | **William** | **Jacob** | **Miller** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 4:** Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

    *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

    ☑ No.
    ☐ Yes.   What is the hazard?   _____
    _____
    _____

    If immediate attention is needed, why is it needed?   _____
    _____
    _____

    Where is the property?   _____
    Number        Street
    _____
    _____
    City                    State    ZIP Code

Debtor 1    **William**         **Jacob**              **Miller**
            First Name          Middle Name            Last Name                Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **William** | **Jacob** | **Miller** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

## Part 6:  Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts. _____

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No. I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  ☐ No
  ☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

## Part 7:  Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____
William Jacob Miller, Debtor 1

Executed on  **02/07/2023**
         MM/  DD/  YYYY

---

| Debtor 1 | **William** | **Jacob** | **Miller** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Peter Fear** _____    Date **02/07/2023** _____
Signature of Attorney for Debtor            MM / DD / YYYY

**Peter Fear** _____
Printed name

**Fear Waddell, P.C.** _____
Firm name

**7650 N. Palm Avenue Suite 101** _____
Number       Street

_____

**Fresno** _____ **CA** ___ **93711** _____
City                      State    ZIP Code

Contact phone **(559) 436-6575** _____    Email address **pfear@fearlaw.com** _____

**207238** _____ **CA** ___
Bar number                      State

| Debtor 1 | **William** | **Jacob** | **Miller** | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Items:**　Continuation Page

| | |
|---|---|
| **2.**　**All other names you have used in the last 8 years (cont.)**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Miller Farm Company, LLC**<br>Business name<br><br>**Miller Hay & Trucking, Inc**<br>Business name |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4.**　**Your Employer Identification Number (EIN), if any. (cont)** | **2 7** - **1 4 7 0 5 6 6**<br>EIN | |

Certificate Number: 00478-CAE-CC-037137163



00478-CAE-CC-037137163

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 26, 2023</u>, at <u>3:00</u> o'clock <u>PM PST</u>, <u>Jake Miller</u> received from <u>Springboard Nonprofit Consumer Credit Management, Inc., dba credit.org</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Eastern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>January 26, 2023</u>          By:    <u>/s/Kimberly Peralta  for Paula Waples</u>

                              Name:  <u>Paula Waples</u>

                              Title:   <u>Bankruptcy Supervisor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **William** **Jacob** **Miller** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | **Eastern District of California** | |
| Case number (if known) | | |

☐ Check if this is an amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders          **12/15**

**If you are a individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an** *insider***. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

| Part 1: | List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders. |
|---|---|

**1**

Bank of the West
Creditor's Name

500 Capitol Mall, Ste 1200
Number        Street

Sacramento, CA 95814
City                State        Zip Code

Contact

Contact phone

What is the nature of the claim? _____    _____ $17,276.20

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property? Secured**
☐ No
☑ Yes.

| | |
|---|---|
| Total claim (secured and unsecured): | $762,388.32 |
| Value of security: | – $745,112.12 |
| Unsecured Claim: | $17,276.20 |

Debtor 1   William _____ Jacob _____ Miller _____          Case number *(if known)* _____
           First Name        Middle Name        Last Name

|  | | Unsecured claim |
|---|---|---|

**2**

Bank of the West
Creditor's Name

500 Capitol Mall, Ste 1200
Number        Street

Sacramento, CA 95814
City                State      Zip Code

Contact

Contact phone

What is the nature of the claim? _____          $68,183.64

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property? Secured
☐ No
☑ Yes.

Total claim (secured and unsecured):          $314,091.82
Value of security:                          – $245,908.18
Unsecured Claim:                             $68,183.64

---

**3**

Ironwood Finance Inc
Creditor's Name

800 N Shoreline Blvd, Ste 1500
Number        Street

Corpus Christi, TX 78401
City                State      Zip Code

Contact

Contact phone

What is the nature of the claim? _____ Other _____          $203,967.12

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property? Unsecured
☑ No
☐ Yes.

Total claim (secured and unsecured):          _____
Value of security:                          – _____
Unsecured Claim:                             _____

---

**4**

FC Marketplace, LLC
Creditor's Name

Funding Circle

747 Front St, 4th Floor
Number        Street

San Francisco, CA 94111
City                State      Zip Code

Contact

Contact phone

What is the nature of the claim? __FC v. Miller Hay. Case No 19C0184.__          $173,509.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property? Unsecured
☑ No
☐ Yes.

Total claim (secured and unsecured):          _____
Value of security:                          – _____
Unsecured Claim:                             _____

---

Debtor 1      <u>William</u>          <u>Jacob</u>          <u>Miller</u>                    Case number *(if known)* _____
        First Name          Middle Name          Last Name

|  |  | Unsecured claim |
|---|---|---|

**5** | What is the nature of the claim?    <u>Debt for Miller Hay Judgment:</u> | $128,764.08

<u>Harvester Funding LLC</u>
Creditor's Name

<u>c/o Shields Law Office</u>

<u>1920 Main Street, Suite 1080</u>
Number    Street

<u>Irvine, CA 92614</u>
City        State    Zip Code

_____
Contact

_____
Contact phone

What is the nature of the claim?    <u>Debt for Miller Hay Judgment:</u>
Harvester v. Miller Hay & Trucking,
Jake Miller. Case No. 18C0278

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property? Unsecured**
- ☑ No
- ☐ Yes.

Total claim (secured and unsecured):    _____
Value of security:    – _____
Unsecured Claim:    _____

---

**6** | What is the nature of the claim?    <u>Judgment lien from lawsuit</u> | $125,385.17

<u>K&M Press, Inc</u>
Creditor's Name

<u>1490 W Evan Hewes Hwy</u>
Number    Street

<u>El Centro, CA 92243</u>
City        State    Zip Code

_____
Contact

_____
Contact phone

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property? Secured**
- ☐ No
- ☑ Yes.

Total claim (secured and unsecured):    <u>$125,385.17</u>
Value of security:    – <u>$0.00</u>
Unsecured Claim:    <u>$125,385.17</u>

---

**7** | What is the nature of the claim?    <u>Judgment lien from lawsuit</u> | $82,693.10

<u>Helena Agri-Enterprises, LLC</u>
Creditor's Name

<u>fka Helena Chemical Company</u>

<u>7576 N Ingram Ave, #101</u>
Number    Street

<u>Fresno, CA 93711</u>
City        State    Zip Code

_____
Contact

_____
Contact phone

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property? Secured**
- ☐ No
- ☑ Yes.

Total claim (secured and unsecured):    <u>$82,693.10</u>
Value of security:    – <u>$0.00</u>
Unsecured Claim:    <u>$82,693.10</u>

| Debtor 1 | **William** | **Jacob** | **Miller** | Case number *(if known)* _____ |
|----------|-------------|-----------|------------|--------------------------------------|
|          | First Name  | Middle Name | Last Name |                                      |

**Unsecured claim**

| **8** | | What is the nature of the claim? _____ An agreement _____ | $7,427.05 |
|-------|--|-----------------------------------------------------------|-----------|

Bank of America NA
_____
Creditor's Name

PO Box 2759
_____
Number          Street

Jacksonville, FL 32203
_____
City                      State        Zip Code

_____
Contact

_____
Contact phone

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property? Secured**
☐ No
☑ Yes.

| Total claim (secured and unsecured): | $25,427.05 |
|---------------------------------------|------------|
| Value of security: | – $18,000.00 |
| Unsecured Claim: | $7,427.05 |

| **9** | | What is the nature of the claim? _____ Non-filing Spouse debt. _____ | $22,988.00 |
|-------|--|----------------------------------------------------------------------|------------|

Chase Card Services - JPMCB
_____
Creditor's Name

301 Walnut Street, Floor 09
_____
Number          Street

Wilmington, DE 19801-3935
_____
City                      State        Zip Code

_____
Contact

_____
Contact phone

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property? Unsecured**
☑ No
☐ Yes.

| Total claim (secured and unsecured): | |
|---------------------------------------|--|
| Value of security: | – |
| Unsecured Claim: | |

| **10** | | What is the nature of the claim? _____ | $21,035.00 |
|--------|--|-----------------------------------------------------------|------------|

Rollin Duty
_____
Creditor's Name

PO Box 35
_____
Number          Street

Stratford, CA 93266
_____
City                      State        Zip Code

_____
Contact

_____
Contact phone

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property? Secured**
☐ No
☑ Yes.

| Total claim (secured and unsecured): | $21,035.00 |
|---------------------------------------|------------|
| Value of security: | – $0.00 |
| Unsecured Claim: | $21,035.00 |

Debtor 1    **William**      **Jacob**      **Miller**           Case number *(if known)* _____

First Name        Middle Name       Last Name

                                                             **Unsecured claim**

---

**11**

GMFinancial

Creditor's Name

PO Box 181145

Number     Street

Arlington, TX 76096

City             State     Zip Code

Contact

Contact phone

**What is the nature of the claim?**   Non-filing Spouse debt, listing out of            $15,790.00
                                      an abundance of caution.

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property? Secured**
☐ No
☑ Yes.

Total claim (secured and unsecured):       $15,790.00
Value of security:                 –          $0.00
Unsecured Claim:                 $15,790.00

---

**12**

Bank of the West

Creditor's Name

PO Box 515274

Number     Street

Los Angeles, CA 90051-6574

City             State     Zip Code

Contact

Contact phone

**What is the nature of the claim?** _____ Other _____        $8,510.97

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property? Unsecured**
☑ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security:             – _____
Unsecured Claim: _____

---

**13**

Renovate America Financing

Creditor's Name

PO Box 29352

Number     Street

Phoenix, AZ 85038

City             State     Zip Code

Contact

Contact phone

**What is the nature of the claim?** _____ HVAC Unit _____       $7,407.21

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property? Unsecured**
☑ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security:             – _____
Unsecured Claim: _____

---

Debtor 1    __William__    __Jacob__     __Miller__      Case number *(if known)* _____

           First Name     Middle Name     Last Name

                                                                **Unsecured claim**

---

**14**

What is the nature of the claim? _____ Other _____    $7,404.00

Fast Federal CU
Creditor's Name

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

240 N Irwin St
Number     Street

Hanford, CA 93230
City               State     Zip Code

**Does the creditor have a lien on your property? Unsecured**
☑ No
☐ Yes.

Contact

Total claim (secured and unsecured): _____
Value of security: − _____
Unsecured Claim: _____

Contact phone

---

**15**

What is the nature of the claim? _____ Credit Card _____    $2,049.00

Bank of America-Business Card
Creditor's Name

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

PO Box 15796
Number     Street

Wilmington, DE 19886-5796
City               State     Zip Code

**Does the creditor have a lien on your property? Unsecured**
☑ No
☐ Yes.

Contact

Total claim (secured and unsecured): _____
Value of security: − _____
Unsecured Claim: _____

Contact phone

---

**16**

What is the nature of the claim? _____ Other _____    $2,034.71

Bank of the West
Creditor's Name

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

PO Box 515274
Number     Street

Los Angeles, CA 90051-6574
City               State     Zip Code

**Does the creditor have a lien on your property? Unsecured**
☑ No
☐ Yes.

Contact

Total claim (secured and unsecured): _____
Value of security: − _____
Unsecured Claim: _____

Contact phone

Debtor 1     **William**     **Jacob**     **Miller**       Case number *(if known)* _____

     First Name     Middle Name     Last Name

| | **Unsecured claim** |
|---|---|

**17**

| | | |
|---|---|---|
| Internal Revenue Service | What is the nature of the claim?    Taxes or Penalties Owed to Governmental Units | $1,817.00 |
| Creditor's Name | | |
| | **As of the date you file, the claim is:** Check all that apply. | |
| PO Box 7346 | ☐ Contingent | |
| Number    Street | ☐ Unliquidated | |
| | ☐ Disputed | |
| Philadelphia, PA 19101-7346 | ☑ None of the above apply | |
| City    State    Zip Code | | |
| | **Does the creditor have a lien on your property? Priority** | |
| | ☐ No | |
| Contact | ☑ Yes. | |
| | Total claim (secured and unsecured):    $1,817.00 | |
| Contact phone | Value of security:    –    $0.00 | |
| | Unsecured Claim:    $1,817.00 | |

**18**

| | | |
|---|---|---|
| | What is the nature of the claim? _____ | _____ |
| Creditor's Name | | |
| | **As of the date you file, the claim is:** Check all that apply. | |
| | ☐ Contingent | |
| Number    Street | ☐ Unliquidated | |
| | ☐ Disputed | |
| | ☐ None of the above apply | |
| City    State    Zip Code | **Does the creditor have a lien on your property?** | |
| | ☐ No | |
| Contact | ☐ Yes. | |
| | Total claim (secured and unsecured):    _____ | |
| Contact phone | Value of security:    – _____ | |
| | Unsecured Claim:    _____ | |

**19**

| | | |
|---|---|---|
| | What is the nature of the claim? _____ | _____ |
| Creditor's Name | | |
| | **As of the date you file, the claim is:** Check all that apply. | |
| | ☐ Contingent | |
| Number    Street | ☐ Unliquidated | |
| | ☐ Disputed | |
| | ☐ None of the above apply | |
| City    State    Zip Code | **Does the creditor have a lien on your property?** | |
| | ☐ No | |
| Contact | ☐ Yes. | |
| | Total claim (secured and unsecured):    _____ | |
| Contact phone | Value of security:    – _____ | |
| | Unsecured Claim:    _____ | |

Debtor 1     __William__     __Jacob__     __Miller__          Case number *(if known)* _____

       First Name        Middle Name        Last Name

**Unsecured claim**

| **20** | | What is the nature of the claim? _____ | _____ |

**As of the date you file, the claim is:** Check all that apply.

_____
Creditor's Name

☐ Contingent

☐ Unliquidated

_____
Number     Street

☐ Disputed

_____

☐ None of the above apply

_____
City     State     Zip Code

**Does the creditor have a lien on your property?**

☐ No

_____
Contact

☐ Yes.

Total claim (secured and unsecured): _____

Value of security:    - _____

_____
Contact phone

Unsecured Claim: _____

---

| **Part 2:** | **Sign Below** |

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X *[signature]*        X _____

Signature of Debtor 1            Signature of Debtor 2

Date   02/07/2023         Date _____

     MM/   DD/   YYYY            MM/   DD/   YYYY

Fill in this information to identify your case:

| Debtor 1 | **William** | **Jacob** | **Miller** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:          **Eastern District of California**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

|  | **Your assets** <br> Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................... | $2,920,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.................................................. | $102,307.54 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................................................... | $3,022,307.54 |

### Part 2:  Summarize Your Liabilities

|  | **Your liabilities** <br> Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $3,104,456.64 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | $1,817.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + $556,634.09 |
| **Your total liabilities** | $3,662,907.73 |

### Part 3:  Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.................................................................. | $3,431.58 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*.......................................................................... | $6,228.20 |

| Debtor 1 | William | Jacob | Miller | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 4:**  Answer These Questions for Administrative and Statistical Records

---

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

---

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $2,283.28

---

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $1,817.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total**. Add lines 9a through 9f. | $1,817.00 |

---

Fill in this information to identify your case and this filing:

Debtor 1        __William__    __Jacob__        __Miller__
                First Name      Middle Name      Last Name

Debtor 2        _____
(Spouse, if filing)  First Name    Middle Name     Last Name

United States Bankruptcy Court for the:    __Eastern District of California__

Case number     _____

☐ Check if this is an
  amended filing

## Official Form 106A/B

# Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
    ☐ No. Go to Part 2.
    ☑ Yes. Where is the property?

    1.1  __7337 20th Avenue__
         Street address, if available, or other description

         _____

         __Lemoore, CA 93245__
         City                    State    ZIP Code

         __Kings__
         County

    **What is the property?** Check all that apply.
    ☑ Single-family home
    ☐ Duplex or multi-unit building
    ☐ Condominium or cooperative
    ☐ Manufactured or mobile home
    ☑ Land
    ☐ Investment property
    ☐ Timeshare
    ☐ Other _____

    **Who has an interest in the property?** Check one.
    ☑ Debtor 1 only
    ☐ Debtor 2 only
    ☐ Debtor 1 and Debtor 2 only
    ☐ At least one of the debtors and another

    Other information you wish to add about this item, such as local property identification number:
    APN: 004-171-043, 004-171-073, 004-171-074). 30 acres, incl. Debtor's home and 29 acres leased to Miller Farms.

    Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

    Current value of the entire property?     Current value of the portion you own?
    __$860,000.00__                            __$860,000.00__

    **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
    __Fee Simple__

    ☑ **Check if this is community property**
      (see instructions)

Debtor 1    <u>William</u>          <u>Jacob</u>          <u>Miller</u>                    Case number *(if known)* _____
            First Name           Middle Name          Last Name

1.2  <u>20058 Elgin Avenue</u>
     Street address, if available, or other description

     _____

     <u>Lemoore, CA 93245</u>
     City            State    ZIP Code

     <u>Kings</u>
     County

**What is the property?** Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
 <u>APN: 004-110-021-000. 8 acres of Office location with truck yard, shop, residence, and barns.</u>

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**
     <u>$375,000.00</u>                          <u>$375,000.00</u>

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

<u>Fee Simple</u>

☑ **Check if this is community property**
   (see instructions)

1.3  <u>22401 Fargo Avenue</u>
     Street address, if available, or other description

     _____

     <u>Lemoore, CA 93245</u>
     City            State    ZIP Code

     <u>Kings</u>
     County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**  <u>APN: 004-220-015. 20 acres planted alfalfa leased to Miller Farm.</u>

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**
     <u>$560,000.00</u>                          <u>$560,000.00</u>

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

<u>Fee Simple</u>

☑ **Check if this is community property**
   (see instructions)

Debtor 1    __William__    __Jacob__    __Miller__                    Case number *(if known)* _____

First Name    Middle Name    Last Name

---

**1.4**  __1408 N East Street__

Street address, if available, or other description

_____

__Hanford, CA 93230__

City          State    ZIP Code

__Kings__

County

**What is the property?** Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☑ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** __APN: 010-042-014. Rental House__

> Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

_____$150,000.00_

**Current value of the portion you own?**

_____$150,000.00_

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

__Fee Simple__

☑ **Check if this is community property**

(see instructions)

---

**1.5**  __21834 Fargo Avenue__

Street address, if available, or other description

_____

__Lemoore, CA 93245__

City          State    ZIP Code

__Kings__

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** __APN: 004-161-023. 10 Acres plants of alfalfa. Leased to Miller Farm.__

> Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

_____$180,000.00_

**Current value of the portion you own?**

_____$180,000.00_

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

__Fee Simple__

☑ **Check if this is community property**

(see instructions)

---

Debtor 1    __William__    __Jacob__    __Miller__
          First Name      Middle Name      Last Name

Case number *(if known)* _____

---

**1.6**  __21811 Fremont Avenue__
Street address, if available, or other description

_____

__Lemoore, CA 93245__
City          State    ZIP Code

__Kings__
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
 APN: 004-161-026. 20 acres of farm land, and almond orchard leased to Miller Farm. Trees and irrigation owned by lease.

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
    __$360,000.00__

**Current value of the portion you own?**
    __$360,000.00__

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

__Fee Simple__

☑ **Check if this is community property**
  (see instructions)

---

**1.7**  __21621 Fremont Avenue__
Street address, if available, or other description

_____

__Lemoore, CA 93245__
City          State    ZIP Code

__Kings__
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
 APN: 004-161-025 & 990-302-694. 20 acres planted with alfalfa leased to Miller Farm.

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
    __$400,000.00__

**Current value of the portion you own?**
    __$200,000.00__

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

__Fee Simple__

☑ **Check if this is community property**
  (see instructions)

Debtor 1    <u>William</u>          <u>Jacob</u>          <u>Miller</u>
            First Name        Middle Name        Last Name

Case number *(if known)* _____

| 1.8 | **21826 Fargo Ave** |
| | Street address, if available, or other description |

_____

**Lemoore, CA 93245-9630**
City                State        ZIP Code

**Kings**
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:  **APN: 004-161-083. 7.5 Acres of Almond Orchard.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
_____ $225,000.00

**Current value of the portion you own?**
_____ $225,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**
_____

☑ **Check if this is community property**
  (see instructions)

| 1.9 | **Timeshare in Pismo - RV Park** |
| | Street address, if available, or other description |

_____

**Pismo Beach, CA**
City                State        ZIP Code

**San Luis Obispo**
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☑ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:  **APN: 902-007-848**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
_____ $10,000.00

**Current value of the portion you own?**
_____ $10,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**
_____

☑ **Check if this is community property**
  (see instructions)

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages
    you have attached for Part 1. Write that number here**.................................................................... → | **$2,920,000.00** |

| Debtor 1 | William | Jacob | Miller | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.2 Make: **Ford**

Model: **F250 Crew Cab 4D**

Year: **2006**

Approximate mileage: _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,000.00** | **$2,000.00** |

Other information:
Poor condition. Three years ago, vehicle was stolen and striped of many interior components. The only valuable item is the engine. Scrap value only.
VIN: 1FTSW21P36EB63641

If you own or have more than one, list here:

3.1 Make: **Chevrolet**

Model: **Suburban Premier SUB 4D**

Year: **2019**

Approximate mileage: **50k**

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$0.00** | **$0.00** |

Other information:
Good Condition. Leased Vehicle.
VIN: 1GNSKJKC4KR217346

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

4.1 Make: **Kawasaki**

Model: **KFX 90 ATV**

Year: **2014**

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$800.00** | **$800.00** |

Other information:
Fair Condition.

If you own or have more than one, list here:

Debtor 1      __William__          __Jacob__          __Miller__                    Case number *(if known)* _____
              First Name           Middle Name        Last Name

4.2  Make:        __Heartland/Pioneer__   **Who has an interest in the property?** Check one.

     Model:       __Travel Trailer__      ☑ Debtor 1 only
                                          ☐ Debtor 2 only
     Year:            __2018__            ☐ Debtor 1 and Debtor 2 only
                                          ☐ At least one of the debtors and another
     Other information:

     | Fair Condition. Solely in non-filing |
     | spouse's name. |

                                          ☑ **Check if this is community property**
                                            (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**            **Current value of the portion you own?**

                __$18,000.00__                          __$18,000.00__

4.3  Make:        _____        **Who has an interest in the property?** Check one.

     Model:       __John Deere__          ☑ Debtor 1 only
                  __5085M__               ☐ Debtor 2 only
                  __Tractor__
     Year:                                ☐ Debtor 1 and Debtor 2 only
                  _____         ☐ At least one of the debtors and another

     Other information:

     |     |
     |     |

                                          ☑ **Check if this is community property**
                                            (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**            **Current value of the portion you own?**

                $20,000.00                              $20,000.00

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**............................................................  →   | **$40,800.00** |

**Part 3:**  Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**

    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ☑ Yes. Describe........     | Household goods and furnishings. |        __$3,500.00__

7.  **Electronics**

    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ☑ Yes. Describe........     | Electronics. |          __$1,000.00__

8.  **Collectibles of value**

    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☑ No
    ☐ Yes. Describe........     |     |          _____

| Debtor 1 | **William** | **Jacob** | **Miller** | Case number *(if known)* _____ |
|----------|-------------|-----------|------------|---------------------------------------|
| | First Name | Middle Name | Last Name | |

9. **Equipment for sports and hobbies**

    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☑ No
    ☐ Yes. Describe........          _____          _____

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe........          Guns          **$5,000.00**

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe........          Work and everyday clothing.          **$1,000.00**

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe........          Wedding bands and assorted jewelry.          **$1,500.00**

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ☑ Yes. Describe........          Dog          **$0.00**

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Describe........          _____          _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................................................................................. ➔          **$12,000.00**

| Part 4: | Describe Your Financial Assets |
|---------|-------------------------------|

**Do you own or have any legal or equitable interest in any of the following?**          **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes................................................................................................. Cash..............          **$50.00**

Debtor 1    __William__    __Jacob__    __Miller__          Case number *(if known)* _____
            First Name      Middle Name      Last Name

17. **Deposits of money**

*Examples:*  Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes...................

                        Institution name:

| | | |
|---|---|---|
| 17.1. Other financial account: | **Venmo: there are no funds in account as of the day of signing.** | **$0.00** |
| 17.2. Savings account: | **EECU account number ending in 6359 Suffix 0. Solely in non-filing spouse name.** | **$30.63** |
| 17.3. Checking account: | **Bank of America account number ending in 1293.** | **$90.10** |
| 17.4. Checking account: | **EECU account number ending in 6359 Suffix 8. Solely in non-filing spouse name.** | **$212.58** |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:*  Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes...................

Institution or issuer name:

**Ameritrade**                                          **$960.00**

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific
    information about
    them...................

Name of entity:                        % of ownership:

| Name of entity | % of ownership | |
|---|---|---|
| **Miller Hay & Trucking, Inc** | **100** % | **unknown** |
| **Miller Farm Company, LLC. Bank of America account number ending in 5724.** | **100** % | **$6,101.98** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific
    information about
    them...................

Issuer name:

_____          _____

21. **Retirement or pension accounts**

*Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each
    account separately.

Type of account:         Institution name:

IRA:                     **Roth IRA with Ameritrade Institutional.**         **$6,823.36**

| Debtor 1 | **William** | **Jacob** | **Miller** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Pension plan:  **CalSTRS (Defined Benefit) from non-filing spouse**          **$33,338.89**
**employment.**

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
☑ Yes.....................

Institution name or individual:

Prepaid rent:  **Rental Deposits: 22401 Fargo House 1: $1,200. 22401 Fargo House**          **$1,900.00**
**2: $700.**

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.....................

Issuer name and description:

_____          _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................

Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

_____          _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
information about them....

_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
information about them....

_____

27. **Licenses, franchises, and other general intangibles**

*Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific
information about them....

_____

**Money or property owed to you?**                                                        **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

| Debtor 1 | William | Jacob | Miller | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

Federal: _____
State: _____
Local: _____

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information..........

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information..........   _____

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company of each policy and list its value....

Company name: _____   Beneficiary: _____   Surrender or refund value: _____

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes. Give specific information..........   _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim................   _____

Debtor 1    **William**      **Jacob**      **Miller**        Case number *(if known)* _____

First Name      Middle Name      Last Name

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim................ [_____] _____

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information.......... [_____] _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................➔ **$49,507.54**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
☑ No. Go to Part 6.
☐ Yes. Go to line 38.

| | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe........ [_____] _____

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe........ [_____] _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe........ [_____] _____

41. **Inventory**

☑ No
☐ Yes. Describe........ [_____] _____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe........

Name of entity:                % of ownership:

_____     _____%     _____

Debtor 1    __William__    __Jacob__    __Miller__    Case number *(if known)* _____
             First Name     Middle Name   Last Name

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

    ☑ No
    ☐ Yes. Describe........    [                                    ]    _____

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific
    information.........

_____    _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
    **for Part 5. Write that number here**............................................................................................➔    [    **$0.00** ]

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

                                            **Current value of the**
                                            **portion you own?**
                                            Do not deduct secured
                                            claims or exemptions.

47. **Farm animals**

   *Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes.........................    [                                    ]    _____

48. **Crops—either growing or harvested**

☑ No
☐ Yes. Give specific
    information.............    [                                    ]    _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes.........................    [                                    ]    _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes.........................    [                                    ]    _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific
    information.............    [                                    ]    _____

Debtor 1    __William_____    __Jacob_____    __Miller_____          Case number *(if known)* _____
                First Name              Middle Name          Last Name

---

52.  **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached**
     **for Part 6. Write that number here** ...................................................................................➔  | $0.00 |

### Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above

53.  **Do you have other property of any kind you did not already list?**

     *Examples:* Season tickets, country club membership

     ☑ No
     ☐ Yes. Give specific
         information.............

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................➔  | $0.00 |

### Part 8:  List the Totals of Each Part of this Form

55.  **Part 1: Total real estate, line 2** ...........................................................................................➔  | $2,920,000.00 |

56.  **Part 2: Total vehicles, line 5**          $40,800.00

57.  **Part 3: Total personal and household items, line 15**          $12,000.00

58.  **Part 4: Total financial assets, line 36**          $49,507.54

59.  **Part 5: Total business-related property, line 45**          $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**          $0.00

61.  **Part 7: Total other property not listed, line 54**          +   $0.00

62.  **Total personal property.** Add lines 56 through 61.............   | $102,307.54 |   Copy personal property total ➔ | + $102,307.54 |

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62.................................   | $3,022,307.54 |

---

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **William** **Jacob** **Miller** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | **Eastern District of California** | |
| Case number (if known) | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**04/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>7337 20th Avenue Lemoore, CA 93245<br>Line from *Schedule A/B*:    1.1 | $860,000.00 | ☑ $313,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| Brief description:<br>2006 Ford F250 Crew Cab 4D<br>VIN: 1FTSW21P36EB63641 Poor condition. Three years ago, vehicle was stolen and striped of many interior components. The only valuable item is the engine. Scrap value only.<br>Line from *Schedule A/B*:    3.2 | $2,000.00 | ☑ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☑ No

       ☐ Yes

| Debtor 1 | **William** | **Jacob** | **Miller** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| Brief description:<br>2014 Kawasaki KFX 90 ATV<br>VIN: RGSWE07A6EB100311 Fair Condition.<br><br>Line from *Schedule A/B:* 4.1 | $800.00 | ☑ | $800.00<br><br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| Brief description:<br>John Deere 5085M Tractor<br><br>Line from *Schedule A/B:* 4.3 | $20,000.00 | ☑ | $1,660.59<br><br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| Brief description:<br>Household goods and furnishings.<br><br>Line from *Schedule A/B:* 6 | $3,500.00 | ☑ | $3,500.00<br><br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description:<br>Electronics.<br><br>Line from *Schedule A/B:* 7 | $1,000.00 | ☑ | $1,000.00<br><br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description:<br>Guns<br><br>Line from *Schedule A/B:* 10 | $5,000.00 | ☑ | $1,000.00<br><br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description:<br>Work and everyday clothing.<br><br>Line from *Schedule A/B:* 11 | $1,000.00 | ☑ | $1,000.00<br><br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description:<br>Wedding bands and assorted jewelry.<br><br>Line from *Schedule A/B:* 12 | $1,500.00 | ☑ | $1,500.00<br><br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |

Debtor 1    **William**          **Jacob**              **Miller**                                    Case number *(if known)* _____
            First Name        Middle Name          Last Name

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Cash<br><br>Line from *Schedule A/B*:    16 | $50.00 | ☑  ___$37.50___<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070(b)(2) |
| | | ☑  ___$12.50___<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| | | ☑  ___$0.00___<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| Brief description:<br>Bank of America account number ending in 1293.<br>Checking account<br><br>Line from *Schedule A/B*:    17 | $90.10 | ☑  ___$67.57___<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070(b)(2) |
| | | ☑  ___$22.53___<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| | | ☑  ___$0.00___<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| Brief description:<br>EECU account number ending in 6359 Suffix 8. Solely in non-filing spouse name.<br>Checking account<br><br>Line from *Schedule A/B*:    17 | $212.58 | ☑  ___$159.43___<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070(b)(2) |
| | | ☑  ___$53.15___<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| | | ☑  ___$0.00___<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |

Debtor 1    **William**         **Jacob**              **Miller**
            First Name          Middle Name            Last Name          Case number *(if known)* _____

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own — Copy the value from *Schedule A/B* | Amount of the exemption you claim — *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Brief description:** EECU account number ending in 6359 Suffix 0. Solely in non-filing spouse name. Savings account <br><br> **Line from** *Schedule A/B:* 17 | $30.63 | ☑ $22.97 <br> ☐ 100% of fair market value, up to any applicable statutory limit <br><br> ☑ $7.66 <br> ☐ 100% of fair market value, up to any applicable statutory limit <br><br> ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070(b)(2) <br><br> C.C.P. § 704.220 <br><br> C.C.P. § 704.225 |
| **Brief description:** Ameritrade <br><br> **Line from** *Schedule A/B:* 18 | $960.00 | ☑ $960.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |
| **Brief description:** Roth IRA with Ameritrade Institutional. <br><br> **Line from** *Schedule A/B:* 21 | $6,823.36 | ☑ $6,823.36 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |
| **Brief description:** CalSTRS (Defined Benefit) from non-filing spouse employment. <br><br> **Line from** *Schedule A/B:* 21 | $33,338.89 | ☑ $33,338.89 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **William** | **Jacob** | **Miller** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of California** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | List All Secured Claims |
|---|---|

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

| 2.1 | | | | |
|---|---|---|---|---|
| Bank of America NA | Describe the property that secures the claim: | $25,427.05 | $18,000.00 | $7,427.05 |

Creditor's Name

PO Box 2759

Number     Street

Jacksonville, FL 32203

City          State     ZIP Code

Describe the property that secures the claim:

2018 Heartland/Pioneer Travel Trailer
Fair Condition. Solely in non-filing spouse's name.

**As of the date you file,** the claim is: Check all that apply.

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number  6  6  4  6

| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $25,427.05 |
|---|---|

Debtor 1    **William**          **Jacob**          **Miller**                     Case number *(if known)* _____
            First Name           Middle Name        Last Name

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** | **Column C**<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.2** Bank of the West
Creditor's Name

SME BBC Fresno #21450

515 East Shaw Ave
Number          Street

Fresno, CA 93710
City              State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

20058 Elgin Avenue Lemoore, CA 93245
21834 Fargo Avenue Lemoore, CA 93245
7337 20th Avenue Lemoore, CA 93245
22401 Fargo Avenue Lemoore, CA 93245
1408 N East Street Hanford, CA 93230

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number  5  3  3  6**

**Amount of claim:** $189,729.00     **Value:** $2,125,000.00     **Unsecured:** $0.00

**Remarks:** Case No 19C-0139.

---

**2.3** Bank of the West
Creditor's Name

500 Capitol Mall, Ste 1200
Number          Street

Sacramento, CA 95814
City              State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

22401 Fargo Avenue Lemoore, CA 93245

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

**Amount of claim:** $314,091.82     **Value:** $560,000.00     **Unsecured:** $0.00

**Remarks:** TS:22-00240

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**   $503,820.82

Debtor 1    **William**        **Jacob**              **Miller**
            First Name          Middle Name            Last Name            Case number *(if known)* _____

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** | **Column C**<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.4**  Bank of the West
Creditor's Name

500 Capitol Mall, Ste 1200
Number        Street

Sacramento, CA 95814
City            State      ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
_____

**Describe the property that secures the claim:**

> 22401 Fargo Avenue Lemoore, CA 93245

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

Column A: $314,091.82   Column B: $560,000.00   Column C: $0.00

> **Remarks:** TS:22-00241

**2.5**  Bank of the West
Creditor's Name

500 Capitol Mall, Ste 1200
Number        Street

Sacramento, CA 95814
City            State      ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
_____

**Describe the property that secures the claim:**

> 20058 Elgin Avenue Lemoore, CA 93245
> 21834 Fargo Avenue Lemoore, CA 93245
> 7337 20th Avenue Lemoore, CA 93245
> 22401 Fargo Avenue Lemoore, CA 93245
> 1408 N East Street Hanford, CA 93230
> 7337 20th Avenue (10 acres) Lemoore, CA 93245

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

Column A: $762,388.32   Column B: $2,125,000.00   Column C: $0.00

**Add the dollar value of your entries in Column A on this page. Write that number here:**      $1,076,480.14

Debtor 1　**William**　　**Jacob**　　**Miller**　　　　　　Case number *(if known)* _____
　　　　　　First Name　　Middle Name　　Last Name

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**Remarks:** TS:22-00242

**2.6** Fidelity National Title Company
Creditor's Name

Attn: Sara Berens

5170 Golden Foothill Parkway, Suite 130
Number　　Street

El Dorado Hills, CA 95762
City　　State　　ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

**Describe the property that secures the claim:**

1408 N East Street Hanford, CA 93230

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

unknown　　$150,000.00　　$0.00

**2.7** Fidelity National Title Company
Creditor's Name

Attn: Sara Berens

5170 Golden Foothill Parkway, Suite 130
Number　　Street

El Dorado Hills, CA 95762
City　　State　　ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

**Describe the property that secures the claim:**

20058 Elgin Avenue Lemoore, CA 93245

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

unknown　　$375,000.00　　$0.00

**Add the dollar value of your entries in Column A on this page. Write that number here:**　$0.00

Debtor 1    **William        Jacob        Miller**
            First Name    Middle Name    Last Name                    Case number *(if known)* _____

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** | **Column C**<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.8**  GMFinancial
Creditor's Name

PO Box 181145
Number        Street

Arlington, TX 76096
City              State      ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

2019 Chevrolet Suburban Premier SUB 4D
Good Condition. Leased Vehicle.

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number**  5  1  5  0

| | | |
|---|---|---|
| $15,790.00 | $0.00 | $15,790.00 |

**2.9**  Golden State Farm Credit
Creditor's Name

PO Box 929
Number        Street

Chico, CA 95927
City              State      ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

7337 20th Avenue Lemoore, CA 93245
21834 Fargo Avenue Lemoore, CA 93245
21621 Fremont Avenue Lemoore, CA 93245
21811 Fremont Avenue Lemoore, CA 93245
21826 Fargo Ave Lemoore, CA 93245-9630

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

| | | |
|---|---|---|
| $1,235,485.95 | $1,825,000.00 | $0.00 |

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $1,251,275.95 |

| Debtor 1 | **William** | **Jacob** | **Miller** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 1:** | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** | **Column C**<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.10** Helena Agri-Enterprises, LLC

Creditor's Name

fka Helena Chemical Company

7576 N Ingram Ave, #101
Number    Street

Fresno, CA 93711
City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:** Abstract of Judgment

Column A: $82,693.10    Column B: $0.00    Column C: $82,693.10

---

**2.11** K&M Press, Inc

Creditor's Name

1490 W Evan Hewes Hwy
Number    Street

El Centro, CA 92243
City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:** Abstract of Judgment. K&M Press Inc v. Jake Miller, Miller Hay & Trucking, Inc.

Column A: $125,385.17    Column B: $0.00    Column C: $125,385.17

---

**Add the dollar value of your entries in Column A on this page. Write that number here:** $208,078.27

| Debtor 1 | **William** | **Jacob** | **Miller** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** | **Column C**<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.12**  Lawrence Tractor
Creditor's Name

2529 E Main Street
Number          Street

Visalia, CA 93292
City                    State          ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

John Deere 5085M Tractor

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** 9 8 8 2

Column A: $18,339.41     Column B: $20,000.00     Column C: $0.00

---

**2.13**  Rollin Duty
Creditor's Name

PO Box 35
Number          Street

Stratford, CA 93266
City                    State          ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

Column A: $21,035.00     Column B: $0.00     Column C: $21,035.00

**Remarks:**
Abstract of Judgment: Rollin Duty v. William Miller, Miller Hay & Trucking. Case No 19CV-0502

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**     $39,374.41

Debtor 1      **William**          **Jacob**          **Miller**          Case number *(if known)* _____
         First Name         Middle Name         Last Name

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.14**   Wells Fargo As Ctl Agent          Describe the property that secures the claim:          unknown          $0.00          $0.00

Creditor's Name

PO Box 9000

2019 Chevrolet Suburban Premier SUB 4D
Good Condition. Leased Vehicle.

Number      Street

Lutherville Timonium, MD 21094
City        State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

**Who owes the debt?** Check one.

☑ Debtor 1 only          ☐ Contingent

☐ Debtor 2 only          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only          ☐ Disputed

☐ At least one of the debtors and another          **Nature of lien.** Check all that apply.

☐ **Check if this claim relates to a community debt**          ☑ An agreement you made (such as mortgage or secured car loan)

**Date debt was incurred**          ☐ Statutory lien (such as tax lien, mechanic's lien)

_____          ☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

Last 4 digits of account number ___ ___ ___ ___

| Add the dollar value of your entries in Column A on this page. Write that number here: | $0.00 |
|---|---|

| Debtor 1 | **William** | **Jacob** | **Miller** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**1**
Bank of America
Name
PO Box 15220
Number        Street

Wilmington, DE 19886
City                    State        ZIP Code

On which line in Part 1 did you enter the creditor?   1
Last 4 digits of account number ___ ___ ___ ___

**2**
Bank of America, N.A.
Name
PO Box 45144
Number        Street

Jacksonville, FL 32232
City                    State        ZIP Code

On which line in Part 1 did you enter the creditor?   1
Last 4 digits of account number ___ ___ ___ ___

**3**
Bank of the West
Name
3494 W Mt Whitney Ave
Number        Street
Riverdale #00707

Riverdale, CA 93656
City                    State        ZIP Code

On which line in Part 1 did you enter the creditor?   2
Last 4 digits of account number ___ ___ ___ ___

**4**
Bank of the West
Name
2527 Camino Ramon
Number        Street

San Ramon, CA 94583
City                    State        ZIP Code

On which line in Part 1 did you enter the creditor?   2
Last 4 digits of account number ___ ___ ___ ___

**5**
Bank of the West-Mortgage
Name
13505 California St
Number        Street

Omaha, NE 68154
City                    State        ZIP Code

On which line in Part 1 did you enter the creditor?   2
Last 4 digits of account number ___ ___ ___ ___

**6**
Coleman & Horowitt, LLP
Name
499 West Shaw Suite 116
Number        Street

Fresno, CA 93704
City                    State        ZIP Code

On which line in Part 1 did you enter the creditor?   2
Last 4 digits of account number ___ ___ ___ ___

Debtor 1    **William**          **Jacob**          **Miller**                    Case number *(if known)* _____
            First Name        Middle Name       Last Name

| **Part 2:** | List Others to Be Notified for a Debt That You Already Listed Additional Page |
|---|---|

**7**
CT Lien Solutions
Name

2727 Allen Parkway
Number          Street

c/o Giselia Melendez

Houston, TX 77019
City                              State        ZIP Code

On which line in Part 1 did you enter the creditor?    2

Last 4 digits of account number ___ ___ ___ ___

**8**
Deere & Company
Name

6400 NW 86th St
Number          Street



Johnston, IA 50131-6600
City                              State        ZIP Code

On which line in Part 1 did you enter the creditor?    12

Last 4 digits of account number ___ ___ ___ ___

**9**
Deere & Company
Name

PO Box 6600
Number          Street



Johnston, IA 50131-6600
City                              State        ZIP Code

On which line in Part 1 did you enter the creditor?    12

Last 4 digits of account number ___ ___ ___ ___

**10**
Dias Law Firm, Inc
Name

502 W Grangeville Blvd
Number          Street

Steven E. Alfieris

Hanford, CA 93230-2857
City                              State        ZIP Code

On which line in Part 1 did you enter the creditor?    13

Last 4 digits of account number ___ ___ ___ ___

**11**
Dutra & Oates, A Prof. Corp
Name

2377 Gold Meadow Way, Ste 280
Number          Street

Gloria M. Oates

Rancho Cordova, CA 95670
City                              State        ZIP Code

On which line in Part 1 did you enter the creditor?    9

Last 4 digits of account number ___ ___ ___ ___

**12**
GM Financial Leasing
Name

PO Box 78143
Number          Street



Phoenix, AZ 85062
City                              State        ZIP Code

On which line in Part 1 did you enter the creditor?    8

Last 4 digits of account number ___ ___ ___ ___

Debtor 1    **William**        **Jacob**              **Miller**                                    Case number *(if known)* _____
            First Name         Middle Name            Last Name

**Part 2:**  List Others to Be Notified for a Debt That You Already Listed Additional Page

**13**   John Deere Financial _____                    **On which line in Part 1 did you enter the creditor?** __12__
         Name
         PO Box 4450 _____                              **Last 4 digits of account number** ___ ___ ___ ___
         Number        Street


         Carol Stream, IL 60197 _____
         City                        State      ZIP Code

**14**   Koch Degn & Gomez LLP _____                   **On which line in Part 1 did you enter the creditor?** __10__
         Name
         1148 Chinowth Street, Suite B _____           **Last 4 digits of account number** ___ ___ ___ ___
         Number        Street


         Visalia, CA 93291 _____
         City                        State      ZIP Code

**15**   Lawrence Tractor Co., Inc _____               **On which line in Part 1 did you enter the creditor?** __12__
         Name
         2436 Valley Oaks Drive _____                  **Last 4 digits of account number** ___ ___ ___ ___
         Number        Street


         Visalia, CA 93292 _____
         City                        State      ZIP Code

**16**   Lawrence Tractor Company, Inc _____           **On which line in Part 1 did you enter the creditor?** __12__
         Name
         2530 E Main Street _____                      **Last 4 digits of account number** ___ ___ ___ ___
         Number        Street


         Visalia, CA 93292 _____
         City                        State      ZIP Code

**17**   Sutherland & Gerber, APC _____                **On which line in Part 1 did you enter the creditor?** __11__
         Name
         2299 W Adams Avenue, Suite 102 _____          **Last 4 digits of account number** ___ ___ ___ ___
         Number        Street
         Neil Gerber _____

         El Centro, CA 92243 _____
         City                        State      ZIP Code

**18**   UCC Direct Services _____                     **On which line in Part 1 did you enter the creditor?** __2__
         Name
         2727 Allen Parkway _____                      **Last 4 digits of account number** _U_ _C_ _C_ ___
         Number        Street


         Houston, TX 77019 _____
         City                        State      ZIP Code

         If this is the last page of your form, add the dollar value totals from all pages. Write that number     | $3,104,456.64 |
         here:

| Fill in this information to identify your case: |
|---|

Debtor 1    **William**      **Jacob**      **Miller**
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    **Eastern District of California**

Case number
(if known)

❑ Check if this is an
amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ❑ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1**   **Internal Revenue Service** | Last 4 digits of account number _____ | $1,817.00 | $1,817.00 | $0.00 |

**2.1**   **Internal Revenue Service**
Priority Creditor's Name

**PO Box 7346**
Number    Street

**Philadelphia, PA 19101-7346**
City      State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of PRIORITY unsecured claim:**
❑ Domestic support obligations
☑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify

Debtor 1   __William__      __Jacob__       __Miller__                    Case number *(if known)* _____
           First Name       Middle Name     Last Name

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.1**  __AGCO Finance LLC__
Nonpriority Creditor's Name

__PO Box 2000__
Number        Street

__Johnston, IA 50131-0020__
City              State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim: $0.00**

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Notice only. Debt for Miller Farm Company for Square Baler - listing out of an abundance of caution.**

---

**4.2**  __Agri-Valley Irrigation, LLC__
Nonpriority Creditor's Name

__PO Box 11881__
Number        Street

__Fresno, CA 93725__
City              State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim: $0.00**

Last 4 digits of account number  __3188__

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Notice only. Debt for dba of Miller Hay & Trucking, listing out of an abundance of caution.**

---

**4.3**  __Bank of America__
Nonpriority Creditor's Name

__Business Card__

__PO Box 15796__
Number        Street

__Wilmington, DE 19886-5796__
City              State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim: unknown**

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Notice only. Debt for Miller Farm Company credit card - listing out of an abundance of caution.**

| Debtor 1 | William | Jacob | Miller | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

---

**4.4**

**Bank of America**
Nonpriority Creditor's Name

**Business Card**

**PO Box 15796**
Number          Street

**Wilmington, DE 19886-5796**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Notice only. Credit Card Debt is in dba of Miller Hay & Trucking, listing out of an abundance of caution.**

**$0.00**

---

**4.5**

**Bank of America-Business Card**
Nonpriority Creditor's Name

**PO Box 15796**
Number          Street

**Wilmington, DE 19886-5796**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**$2,049.00**

---

**4.6**

**Bank of the West**
Nonpriority Creditor's Name

**PO Box 515274**
Number          Street

**Los Angeles, CA 90051-6574**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  07-5

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**$2,034.71**

---

| Debtor 1 | William | Jacob | Miller | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.7** | **Bank of the West**
Nonpriority Creditor's Name

**PO Box 515274**
Number        Street

**Los Angeles, CA 90051-6574**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**Total claim: $8,510.97**

---

**4.8** | **CA Dept of Tax & Fee Administration**
Nonpriority Creditor's Name

**PO Box 942879**
Number        Street

**Sacramento, CA 94279-0055**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 7205

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
**Notice only. Debt is in dba of Miller Hay & Trucking, listing out of an abundance of caution.**

**Total claim: $0.00**

---

**4.9** | **Chase Card Services - JPMCB**
Nonpriority Creditor's Name

**301 Walnut Street, Floor 09**
Number        Street

**Wilmington, DE 19801-3935**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 7925

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
**Non-filing Spouse debt.**

**Total claim: $22,988.00**

---

| Debtor 1 | William | Jacob | Miller | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.10**  CHUBB Agribusiness
Nonpriority Creditor's Name

PO Box 14490
Number      Street

Des Moines, IA 50306
City                State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

$0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Notice only. Debt for Miller Farm Company for Insurance - listing out of an abundance of caution.**

---

**4.11**  Continental Commercial Group Collections
Nonpriority Creditor's Name

317 S Brand Blvd
Number      Street

Glendale, CA 91204
City                State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  4938

$0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Notice only. Debt is in dba of Miller Hay & Trucking, listing out of an abundance of caution.**

---

**4.12**  Cream of the Crop Ag Service, Inc
Nonpriority Creditor's Name

3908 W Caldwell Ave
Number      Street

Visalia, CA 93277
City                State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  2314

$0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Notice only. Debt for Miller Farm Company - listing out of an abundance of caution.**

| Debtor 1 | William | Jacob | Miller | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                    **Total claim**

---

**4.13**  **Direct Freight.com**                                              **$0.00**
Nonpriority Creditor's Name

**PO Box 131**
Number        Street

**Chillicothe, MO 64601**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Notice only. Debt is in dba of Miller Hay & Trucking, listing out of an abundance of caution.**

---

**4.14**  **DMV**                                                            **$0.00**
Nonpriority Creditor's Name

**PO Box 825339**
Number        Street

**Sacramento, CA 94232**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Notice only. Debt is in dba of Miller Hay & Trucking, listing out of an abundance of caution.**

---

**4.15**  **Fast Federal CU**                                             **$7,404.00**
Nonpriority Creditor's Name

**240 N Irwin St**
Number        Street

**Hanford, CA 93230**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **xxxx**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

| Debtor 1 | William | Jacob | Miller | | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.16**

**FC Marketplace, LLC**
Nonpriority Creditor's Name

**Funding Circle**

**747 Front St, 4th Floor**
Number          Street

**San Francisco, CA 94111**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **FC v. Miller Hay. Case No 19C0184.**

**Total claim:** **$173,509.00**

---

**4.17**

**Fresno Credit Bureau**
Nonpriority Creditor's Name

**a CA Corp dba as Creditors Bureau USA**

**757 L Street**
Number          Street

**Fresno, CA 93721**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Notice re Bank of the West v. Et al. Case No. 19C-0139**

**Total claim:** **unknown**

---

**4.18**

**Funding Circle**
Nonpriority Creditor's Name

**85 2nd Street, Suite 400**
Number          Street

**San Francisco, CA 94105**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Notice only. Debt for Miller Hay. With Pioneer Park LLC: Debt is in dba of Miller Hay & Trucking for loan, listing out of an abundance of caution.**

**Total claim:** **$0.00**

---

| Debtor 1 | William | Jacob | Miller | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                                    **Total claim**

---

**4.19**  **Harvester Funding LLC**                                                             **$128,764.08**
Nonpriority Creditor's Name

**c/o Shields Law Office**

**1920 Main Street, Suite 1080**
Number          Street

**Irvine, CA 92614**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Debt for Miller Hay Judgment: Harvester v. Miller Hay & Trucking, Jake Miller. Case No. 18C0278**

---

**4.20**  **Helena Agri-Enterprises, LLC**                                                      **$0.00**
Nonpriority Creditor's Name

**225 Schilling Blvd, Suite 300**
Number          Street

**Collierville, TN 38017**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Notice only. Debt is in dba of Miller Hay & Trucking, listing out of an abundance of caution.**

---

**4.21**  **Inland Empire Ind Sup, Inc**                                                        **$0.00**
Nonpriority Creditor's Name

**12741 Magnolia Ave, Suite 100**
Number          Street

**Riverside, CA 92503**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **3545**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Notice only. Debt for dba of Miller Hay & Trucking, listing out of an abundance of caution.**

---

Debtor 1    **William**          **Jacob**          **Miller**          Case number *(if known)* _____
            First Name          Middle Name          Last Name

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page | |
|---|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |
|---|---|

**4.22**  **IPFS Corporation**  _____
Nonpriority Creditor's Name

**PO Box 412086**  _____
Number          Street

**Kansas City, MO 64141**  _____
City                          State          ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **4434**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Notice only. Debt for Debt is in dba of HACC, listing out of an abundance of caution.**

**$0.00**

---

**4.23**  **Ironwood Finance Inc**  _____
Nonpriority Creditor's Name

**800 N Shoreline Blvd, Ste 1500**  _____
Number          Street

**Corpus Christi, TX 78401**  _____
City                          State          ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**$203,967.12**

---

**4.24**  **J.R. Simplot Co**  _____
Nonpriority Creditor's Name

**12688 S Colorado Ave**  _____
Number          Street

**Helm, CA 93627**  _____
City                          State          ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Notice only. Debt for Miller Farm. Case Name: JR Simplot Company v. Miller Farm Co. Case No 19CV0576**

**$0.00**

| Debtor 1 | William | Jacob | Miller | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:  Your NONPRIORITY Unsecured Claims - Continuation Page**

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.25**  **Jesse Aguiniga**
Nonpriority Creditor's Name

**1397 Cerini Avenue**
Number        Street

**Laton, CA 93242**
City                State        ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Notice only. Debt for dba of Miller Hay & Trucking for Mechanic Service, listing out of an abundance of caution.**

---

**4.26**  **John Deere Financial**
Nonpriority Creditor's Name

**PO Box 4450**
Number        Street

**Carol Stream, IL 60197**
City                State        ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Notice only. Debt for Miller Farms Co, LLC Business debt Chemicals - listing out of an abundance of caution.**

---

**4.27**  **JR Simplot Company**
Nonpriority Creditor's Name

**PO Box 27**
Number        Street

**Boise, ID 83707**
City                State        ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Notice only. Debt for Miller Farms Co, LLC Business debt - listing out of an abundance of caution.**

---

| Debtor 1 | William | Jacob | Miller | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.28** **Kimball Midwest**
Nonpriority Creditor's Name

**Dept: L-2780**
Number          Street

**Columbus, OH 43260**
City                State        ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Notice only. Debt for dba of Miller Hay & Trucking, listing out of an abundance of caution.**

**$0.00**

---

**4.29** **Kings County Tax Collector**
Nonpriority Creditor's Name

**1400 W Lacey Blvd**
Number          Street

**Hanford, CA 93230**
City                State        ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**(Parcel#800-039-055-000). Notice only. Debt for dba of Miller Hay & Trucking, listing out of an abundance of caution.**

**$0.00**

---

**4.30** **Kings River Water Coalition**
Nonpriority Creditor's Name

**PO Box 8259**
Number          Street

**Fresno, CA 93747**
City                State        ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Notice only. Debt for Miller Farm Company for membership dues - listing out of an abundance of caution.**

**$0.00**

| Debtor 1 | William | Jacob | Miller | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:　Your NONPRIORITY Unsecured Claims - Continuation Page**

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.32**

Liberty Mutual Insurance
Nonpriority Creditor's Name

PO Box 85830
Number　　Street

San Diego, CA 92186
City　　　State　　ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Notice only. Debt for Miller Farm Company for Policy 801918260 - listing out of an abundance of caution.**

**$0.00**

**4.33**

Liberty Mutual Insurance
Nonpriority Creditor's Name

Law Office of Pucin & Friedlandn for Caine & Weiner

5805 Sepulveda Blvd 4th Floor
Number　　Street

Van Nuys, CA 91411
City　　　State　　ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  7894

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Notice only. Debt for dba of Miller Hay & Trucking, listing out of an abundance of caution.**

**$0.00**

**4.34**

M Green & Company LLP
Nonpriority Creditor's Name

1483 Bailey Dr
Number　　Street

Hanford, CA 93230
City　　　State　　ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Notice only. Debt for dba of Miller Hay & Trucking, listing out of an abundance of caution.**

**$0.00**

Debtor 1    __William__        __Jacob__        __Miller__                          Case number *(if known)* _____
            First Name         Middle Name       Last Name

**Part 2:**  Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.35**  __Motel 6/Studio 6__

Nonpriority Creditor's Name

__PO Box 846175__

Number          Street

__Dallas, TX 75284__

City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Notice only. Debt for dba of Miller Hay & Trucking, listing out of an abundance of caution.**

---

**4.36**  __MVD MRF Outbound__

Nonpriority Creditor's Name

__PO Box 12227__

Number          Street

__Fresno, CA 93777__

City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Notice only. Debt for Miller Farm Company Compost - listing out of an abundance of caution.**

---

**4.37**  __National Subrogation Services LLC__

Nonpriority Creditor's Name

**as agent for Mitsui Sumitomo Marine Management**
__Mail Code: 11136__

__PO Box 11839__

Number          Street

__Newark, NJ 07101__

City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  __8062__          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Notice only. Debt for dba of Miller Hay & Trucking, listing out of an abundance of caution.**

---

| Debtor 1 | William | Jacob | Miller | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.38** New Era Lending, LLC
Nonpriority Creditor's Name

North Orange St Suite762
Number        Street

Wilmington, DE 19801
City        State        ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Notice only.**

**Total claim:** unknown

---

**4.39** Pacific Orchard Development, Inc
Nonpriority Creditor's Name

336 Robertson Blvd, Suite A
Number        Street

Chowchilla, CA 93610
City        State        ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  857

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Notice only. Debt for Miller Farm Company - listing out of an abundance of caution.**

**Total claim:** $0.00

---

**4.40** PG&E
Nonpriority Creditor's Name

PO Box 997300
Number        Street

Sacramento, CA 95899-7300
City        State        ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Notice only. Debt for Miller Farm Company - listing out of an abundance of caution.**

**Total claim:** $0.00

| Debtor 1 | William | Jacob | Miller | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                    **Total claim**

---

**4.41**  __Progressive Insurance__
Nonpriority Creditor's Name

__c/o Caine & Weiner__

__1700 E Woodfield Road #360__
Number          Street

__Schaumburg, IL 60173__
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Debt is in dba of HACC, listing out of an abundance of caution.**

---

**4.42**  __Progressive Insurance__
Nonpriority Creditor's Name

__Caine & Weiner__

__1699 East Woodfield Road #360__
Number          Street

__Schaumburg, IL 60173__
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  8347          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Notice only. Debt for dba of Miller Hay & Trucking, listing out of an abundance of caution.**

---

**4.43**  __Renovate America Financing__
Nonpriority Creditor's Name

__PO Box 29352__
Number          Street

__Phoenix, AZ 85038__
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____          **$7,407.21**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **HVAC Unit**

---

| Debtor 1 | William | Jacob | Miller | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

**4.44**
Riley C. Walter
Nonpriority Creditor's Name
Walter & Wihelm Law Group
205 E River Park Cir #410
Number   Street
Fresno, CA 93720
City   State   ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Notice only.**

**$0.00**

**4.45**
RMS
Nonpriority Creditor's Name
Collector for Burt Process Equipment
PO Box 361595
Number   Street
Columbus, OH 43236
City   State   ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Notice only. Debt for dba of Miller Hay & Trucking for pump and supplies. Listing out of an abundance of caution.**

**$0.00**

**4.46**
Roethlisberger Hay
Nonpriority Creditor's Name
Roy A Graves
4215 Prairie Rd
Number   Street
Paso Robles, CA 93446-9565
City   State   ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Notice only. Debt for dba of Miller Hay & Trucking, listing out of an abundance of caution.**

**$0.00**

| Debtor 1 | William | Jacob | Miller | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                                    **Total claim**

---

**4.47**  **Roethlisberger Hay**                                                                          **$0.00**
Nonpriority Creditor's Name

**621 E Chevy Chase Dr**
Number          Street

**Tulare, CA 93274-1533**
City                    State        ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Notice only. Vendor Debt is in dba of Miller Hay & Trucking, listing out of an abundance of caution.**

---

**4.48**  **Rollin A Duty**                                                                          **$0.00**
Nonpriority Creditor's Name

**PO Box 35**
Number          Street

**Stratford, CA 93266**
City                    State        ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Notice only. Debt for Miller Farms Co, LLC Business debt for Tractor Work/Hay - listing out of an abundance of caution.**

---

**4.49**  **Rollin Duty**                                                                          **$0.00**
Nonpriority Creditor's Name

**PO Box 35**
Number          Street

**Stratford, CA 93266**
City                    State        ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Notice only. Vendor Debt for dba of Miller Hay & Trucking, listing out of an abundance of caution.**

---

| Debtor 1 | __William__ | __Jacob__ | __Miller__ | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.50** __Rowley Hay Source__
Nonpriority Creditor's Name

__c/o Capital Collections__

__PO Box 289__
Number          Street

__Fresno, CA 93708__
City                State     ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Notice only. Debt for dba of Miller Hay & Trucking, listing out of an abundance of caution.**

**$0.00**

---

**4.51** __Sandra Kuhn McCormack__
Nonpriority Creditor's Name

__Collections for Rain for Rent__

__5330 Office Center Court, Suite C__
Number          Street

__Bakersfield, CA 93309__
City                State     ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Notice only. Debt for Miller Farm Company - listing out of an abundance of caution.**

**unknown**

---

**4.52** __State Fund__
Nonpriority Creditor's Name

__PO Box 7441__
Number          Street

__San Francisco, CA 94120__
City                State     ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _1-18_

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Notice only. Debt for dba of Miller Hay & Trucking, listing out of an abundance of caution.**

**$0.00**

---

| Debtor 1 | William | Jacob | Miller | Case number *(if known)* _____ |
|----------|---------|-------|--------|---------------------------------------------|
|          | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.53**  The Receivable Management Services LLC
Nonpriority Creditor's Name

 for Anthem Blue Cross

 PO Box 19646
Number          Street

 Minneapolis, MN 55419
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  2429

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Notice only. Debt for dba of Miller Hay & Trucking, listing out of an abundance of caution.**

$0.00

---

**4.54**  Total Care Medical Group
Nonpriority Creditor's Name

 5361 E Kings Canyon Rd
Number          Street

 Fresno, CA 93727
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  235

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Notice only. Debt for dba of Miller Hay & Trucking, listing out of an abundance of caution.**

$0.00

---

**4.55**  Valley Fleet Clean
Nonpriority Creditor's Name

 PO Box 9854
Number          Street

 Fresno, CA 93794
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Notice only. Debt for dba of Miller Hay & Trucking, listing out of an abundance of caution.**

$0.00

---

| Debtor 1 | __William__ | __Jacob__ | __Miller__ | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |
|---|---|

**4.56** __Wells Fargo Business Direct__

Nonpriority Creditor's Name

__PO Box 29482__

Number          Street

__Phoenix, AZ 85038__

City                      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Notice only. Debt for Miller Farm Company for credit card - listing out of an abundance of caution.**

**$0.00**

---

**4.57** __Wells Fargo Business Direct__

Nonpriority Creditor's Name

__PO Box 29482__

Number          Street

__Phoenix, AZ 85038__

City                      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Notice only. Debt for dba of Miller Hay & Trucking, listing out of an abundance of caution.**

**$0.00**

| Debtor 1 | William | Jacob | Miller | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 3:** List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Caine & Weiner
Name
PO Box 55848
Number        Street
Van Nuys, CA 91411
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.41** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

Chase Card Services - JPMCB
Name
PO Box 15123
Number        Street
Wilmington, DE 19850-5123
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.9** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

FAST Federal Credit Union
Name
PO Box 2711
Number        Street
Omaha, NE 68103
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.15** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

Frontier Performance Lubricants
Name
PO Box 1777
Number        Street
Lodi, CA 95241
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.11** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

Gardener, Riechmann & Chow
Name
438 E Katella Ave, Suite 202
Number        Street
Orange, CA 92867
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.55** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

Gubler & Abbott
Name
Brett Thomas Abbott
1110 N Chinowth St
Number        Street
Visalia, CA 93291-4113
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.24** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

Law Office of George R. Hynick
Name
George R. Hynick
5000 N Parkway Calabasas, Suite 220
Number        Street
Calabasas, CA 91302
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.16** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

Debtor 1    **William**          **Jacob**          **Miller**                              Case number *(if known)* _____
            First Name        Middle Name        Last Name

**Part 3:**  List Others to Be Notified About a Debt That You Already Listed Additional Page

**Law Office of John D. Suhr**
Name
**John Suhr**
**757 L Street**
Number        Street
**Fresno, CA 93721**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.17** of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Northern California Collection Service, Inc**
Name
**PO Box 13765**
Number        Street
**Sacramento, CA 95853**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.52** of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Pioneer Bank**
Name
**dba Funding Circle**
**P.O. Box 1719**
Number        Street
**Portland, OR 97207**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.18** of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Rauch-Milliken International, Inc**
Name
**PO Box 8390**
Number        Street
**Metairie, LA 70011**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.35** of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Shields Law Office**
Name
**Jeffrey W. Shields**
**1920 Main Street, Suite 1080**
Number        Street
**Irvine, CA 92614**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.19** of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Tim W. Jolly**
Name
**Attorney at Law**
**429 N Redington Street**
Number        Street
**Hanford, CA 93230**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.19** of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**United States Attorney**
Name
**(For Internal Revenue Service)**
**2500 Tulare Street, Suite 4401**
Number        Street
**Fresno, CA 93721**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **2.1** of *(Check one)*: ☑ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

| Debtor 1 | <u>William</u> | <u>Jacob</u> | <u>Miller</u> | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 3:　List Others to Be Notified About a Debt That You Already Listed** Additional Page

| | |
|---|---|
| <u>United States Department of Justice</u><br>Name<br><u>Civil Trial Section Western Region</u><br><u>Box 683 Ben Franklin Station</u><br>Number　　　Street<br><u>Washington, DC 20044</u><br>City　　　　　　　State　ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br><br>Line **2.1** of (*Check one*): ☑ Part 1: Creditors with Priority Unsecured Claims<br>　　　　　　　　　　　　☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>**Last 4 digits of account number** _____ |

Debtor 1    __William__    __Jacob__    __Miller__    Case number *(if known)* _____

First Name    Middle Name    Last Name

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $0.00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. | $1,817.00 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6e. | $1,817.00 |

|  |  | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $556,634.09 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. | $556,634.09 |

Fill in this information to identify your case:

Debtor 1     __William__     __Jacob__     __Miller__
             First Name      Middle Name    Last Name

Debtor 2     _____
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the:     __Eastern District of California__

Case number     _____
(if known)

☐ Check if this is an
   amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed in *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| 2.1 GM Financial <br> Name <br> PO Box 181145 <br> Number    Street <br> Arlington, TX 76096-1145 <br> City          State    ZIP Code | Lease of 2019 Chevy Suburban. <br> Contract to be ASSUMED |
| 2.2 Miller Farm Company, LLC <br> Name <br> 20058 Elgin Ave <br> Number    Street <br> Lemoore, CA 93245 <br> City          State    ZIP Code | Debtor leases to Miller Farm Co for land parcels described as follows starting January 1, 2017 and will continue until December 31, 2042: 30 acre almond orchard @7337 20th Ave., Lemoore CA; 20 acres farm land @22401 Fargo Ave., Lemoore, CA; 10 acres farm land, 21834 Fargo Ave., Lemoore, CA; 20 acre almond orchard, 218111 Fremont, Lemoore, CA; 8 acre almond orchard, 21826 Fargo Ave., Lemoore, CA; 20 acre farm land, 21621 Fremont Ave., Lemoore, CA - excluding single family residence located thereon. Miller Farm will pay debt service on leased properties. <br> Contract to be ASSUMED |
| 2.3 Miller Hay & Trucking, Inc <br> Name <br> 20058 Elgin Ave <br> Number    Street <br> Lemoore, CA 93245 <br> City          State    ZIP Code | Debtor leases to Miller Hay & Trucking, Inc property at 20058 Elgin Ave for 50 years beginning May 15, 2012. Miller Hay & Trucking will keep the maintain the property. <br> Contract to be ASSUMED |
| 2.4 Wille & Shirley Miller <br> Name <br> 20060 Elgin Ave <br> Number    Street <br> Lemoore, CA 93245 <br> City          State    ZIP Code | Property of Wahlberg at 21772 Fargo Ave, Lemoore CA 93245. 20 Acres are leased to Debtor who sub-leases to Miller Farms through 2047. <br> Contract to be ASSUMED |

Debtor 1    **William**          **Jacob**          **Miller**                    Case number *(if known)* _____
                First Name          Middle Name          Last Name

**█████  Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| 2.5 Miller, Wille & Shirley<br>Name<br>20060 Elgin Ave<br>Number       Street<br>Lemoore, CA 93245<br>City          State       ZIP Code | Parents live at 20058 Elgin Ave (20060 Elgin Ave is own address) which is owned by Debtor. Parents do not pay for rent, but instead repair and upkeep the residence. There is no written lease agreement.<br>Contract to be: ASSUMED |
| 2._<br>Name<br>Number       Street<br>City          State       ZIP Code | |
| 2._<br>Name<br>Number       Street<br>City          State       ZIP Code | |
| 2._<br>Name<br>Number       Street<br>City          State       ZIP Code | |
| 2._<br>Name<br>Number       Street<br>City          State       ZIP Code | |
| 2._<br>Name<br>Number       Street<br>City          State       ZIP Code | |
| 2._<br>Name<br>Number       Street<br>City          State       ZIP Code | |
| 2._<br>Name<br>Number       Street<br>City          State       ZIP Code | |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **William** | **Jacob** | **Miller** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of California** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106H

## Schedule H: Your Codebtors                                             12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☑ Yes. In which community state or territory did you live? _California_ . Fill in the name and current address of that person.
      _Miller, Misty Elaine_
      Name of your spouse, former spouse, or legal equivalent
      _7337 20th Avenue_
      Number      Street
      _Lemoore, CA 93245_
      City                        State      ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** _HACC Transport, LLC_ <br> Name <br> _20058 Elgin Ave_ <br> Number      Street <br> Lemoore, CA 93245 <br> City                State      ZIP Code | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line _4.5, 4.23, 4.41_ <br> ☐ Schedule G, line _____ |
| **3.2** _Miller Farm Company, LLC_ <br> Name <br> _20058 Elgin Ave_ <br> Number      Street <br> _Lemoore, CA 93245_ <br> City                State      ZIP Code | ☐ Schedule D, line _____ <br> 4.1, 4.3, 4.10, <br> 4.12, 4.24, <br> 4.26, 4.27, <br> 4.30, 4.32, <br> 4.36, 4.39, <br> 4.40, 4.48, <br> ☑ Schedule E/F, line _4.51, 4.56_ <br> ☐ Schedule G, line _____ |

| Debtor 1 | **William** | **Jacob** | **Miller** | Case number *(if known)* _____ |
|----------|-------------|-----------|------------|------------------|
|          | First Name  | Middle Name | Last Name |                  |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.3**

Miller Hay & Trucking, Inc
Name
20058 Elgin Ave
Number      Street
Lemoore, CA 93245
City                    State     ZIP Code

☑ Schedule D, line  2.2, 2.10, 2.11, 2.13

☑ Schedule E/F, line  4.2, 4.4, 4.8, 4.11, 4.13, 4.14, 4.16, 4.18, 4.19, 4.20, 4.21, 4.25, 4.28, 4.29, 4.33, 4.34, 4.35, 4.37, 4.42, 4.45, 4.46, 4.47, 4.49, 4.50, 4.52, 4.53, 4.54, 4.55, 4.57

☐ Schedule G, line  _____

**3.4**

Miller, Misty Elaine
Name
7337 20th Avenue
Number      Street
Lemoore, CA 93245
City                    State     ZIP Code

☑ Schedule D, line  2.2

☐ Schedule E/F, line  _____

☐ Schedule G, line  _____

| Fill in this information to identify your case: | |
|---|---|

Debtor 1     __William__     __Jacob__     __Miller__
                  First Name     Middle Name     Last Name

Debtor 2     _____
(Spouse, if filing)    First Name     Middle Name     Last Name

United States Bankruptcy Court for the:     __Eastern District of California__

Case number     _____
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
   chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income                                    **12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☑ Employed  ☐ Not Employed | ☑ Employed  ☐ Not Employed |
| | Occupation | Owner | Teacher |
| | Employer's name | Miller Hay & Trucking, Inc | Island Union Elementary School |
| | Employer's address | 20058 Elgin Ave | 7799 21st Ave |
| | | Number Street | Number Street |
| | | | |
| | | | |
| | | Lemoore, CA 93245 | Lemoore, CA 93245 |
| | | City          State     Zip Code | City          State     Zip Code |
| | How long employed there? | 13 years | 2 years |

### Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2.  $0.00 | $2,115.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3.  + $0.00 | + $0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.  $0.00 | $2,115.00 |

Debtor 1    __William__    __Jacob__    __Miller__                    Case number *(if known)* _____
            First Name      Middle Name   Last Name

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| **Copy line 4 here**............................................................➔  4. | $0.00 | $2,115.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. $0.00 | $683.42 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. $0.00 | $0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. $0.00 | $0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. $0.00 | $0.00 |
| 5e. | **Insurance** | 5e. $0.00 | $0.00 |
| 5f. | **Domestic support obligations** | 5f. $0.00 | $0.00 |
| 5g. | **Union dues** | 5g. $0.00 | $0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h. + $0.00 | + $0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. $0.00 | $683.42 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. $0.00 | $1,431.58 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $2,000.00 | $0.00 |
| 8b. | **Interest and dividends** | 8b. $0.00 | $0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $0.00 | $0.00 |
| 8d. | **Unemployment compensation** | 8d. $0.00 | $0.00 |
| 8e. | **Social Security** | 8e. $0.00 | $0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. $0.00 | $0.00 |
| 8g. | **Pension or retirement income** | 8g. $0.00 | $0.00 |
| 8h. | **Other monthly income.** Specify: _____ | 8h. + $0.00 | + $0.00 |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse | | |
|---|---|---|---|---|---|
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. $2,000.00 | $0.00 | | |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10. $2,000.00 | + $1,431.58 | = | $3,431.58 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____                                                                      11. + $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies                12. $3,431.58

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.
☐ Yes. Explain: _____

Debtor 1    __William__         __Jacob__          __Miller__                    Case number *(if known)* _____
            First Name          Middle Name        Last Name

1. **Employment information for Debtor 1**

   **Occupation**              Owner

   **Employer's name**         Miller Farm Company, LLC

   **Employer's address**      20058 Elgin Ave
                               Number Street


                               Lemoore, CA 93245
                               City                        State     Zip Code

   **How long employed there?**  10 years

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **William**     **Jacob**     **Miller** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse, if filing) | | |
| | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | **Eastern District of California** | |
| Case number (if known) | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No

        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent...............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 7 | ☐ No. ☑ Yes. |
| Child | 9 | ☐ No. ☑ Yes. |
| Child | 11 | ☐ No. ☑ Yes. |
| Child | 13 | ☐ No. ☑ Yes. |
| | | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $2,100.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $202.86 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $0.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $0.00 |

| Debtor 1 | **William** | **Jacob** | **Miller** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | **Your expenses** |
|---|---|

| | | |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $0.00 |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas | 6a. $0.00 |
| | 6b. Water, sewer, garbage collection | 6b. $75.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $300.00 |
| | 6d. Other. Specify: _____ | 6d. $0.00 |
| 7. | **Food and housekeeping supplies** | 7. $300.00 |
| 8. | **Childcare and children's education costs** | 8. $0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $30.00 |
| 10. | **Personal care products and services** | 10. $60.00 |
| 11. | **Medical and dental expenses** | 11. $60.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $100.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $80.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. $0.00 |
| | 15b. Health insurance | 15b. $1,330.00 |
| | 15c. Vehicle insurance | 15c. $0.00 |
| | 15d. Other insurance. Specify: _____ | 15d. $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. $0.00 |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 | 17a. $1,270.04 |
| | 17b. Car payments for Vehicle 2 | 17b. $0.00 |
| | 17c. Other. Specify: _____ Trailer _____ | 17c. $315.35 |
| | 17d. Other. Specify: _____ | 17d. $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18. $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | |
| | 20a. Mortgages on other property | 20a. $0.00 |
| | 20b. Real estate taxes | 20b. $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $0.00 |

Debtor 1    **William**          **Jacob**          **Miller**          Case number *(if known)* _____

First Name          Middle Name          Last Name

---

21. **Other.** Specify: _____ Bank Fee _____     21.   **+** _____ $4.95

22. **Calculate your monthly expenses.**

  22a. Add lines 4 through 21.     22a.   _____ $6,228.20

  22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     22b.   _____ $0.00

  22c. Add line 22a and 22b. The result is your monthly expenses.     22c.   _____ $6,228.20

23. **Calculate your monthly net income.**

  23a. Copy line 12 (your combined monthly income) from *Schedule I.*     23a.   _____ $3,431.58

  23b. Copy your monthly expenses from line 22c above.     23b.   **−** _____ $6,228.20

  23c. Subtract your monthly expenses from your monthly income.
       The result is your *monthly net income.*     23c.   _____ ($2,796.62)

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

  For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

  ☑ No.     None
  ☐ Yes.

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **William**     **Jacob**     **Miller** | |
| | First Name     Middle Name     Last Name | |
| Debtor 2 (Spouse, if filing) | | |
| | First Name     Middle Name     Last Name | |
| United States Bankruptcy Court for the: | **Eastern District of California** | |
| Case number (if known) | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _William Jacob Miller_

William Jacob Miller, Debtor 1

Date _02/07/2023_
    MM/ DD/ YYYY

Fill in this information to identify your case:

| Debtor 1 | **William** | **Jacob** | **Miller** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of California**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number    Street | From _____ To _____ | _____ Number    Street | From _____ To _____ |
| _____ City           State  ZIP Code | | _____ City           State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number    Street | From _____ To _____ | _____ Number    Street | From _____ To _____ |
| _____ City           State  ZIP Code | | _____ City           State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**(*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2:** Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, 2022 )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $0.00 | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $23,927.20 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2021 )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $0.00 | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $5,314.06 |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | | | |
| **For last calendar year:**<br>(January 1 to December 31, 2022 )<br>YYYY | Rental Income | $24,000.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2021 )<br>YYYY | Rental Income | $24,000.00 | | |

| Debtor 1 | **William** | **Jacob** | **Miller** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

<table><tr><td style="background:black;color:white">Part 3:</td><td>List Certain Payments You Made Before You Filed for Bankruptcy</td></tr></table>

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| Creditor's Name | | | | ☐ Mortgage |
| | | | | ☐ Car |
| Number   Street | | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| City   State   ZIP Code | | | | ☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number   Street | | | | |
| City   State   ZIP Code | | | | |

| Debtor 1 | William | Jacob | Miller | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name _____ | _____ | _____ | _____ | |
| Number   Street _____ | _____ | | | |
| City    State   ZIP Code | | | | |

---

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | Bank of the West v. Miller Hay & Trucking, William J. Miller, Misty E Miller, Golden State Farm Credit, Fresno Credit Bureau, Creditors Bureau, K&M Press,. | Collection | Superior Court of California <br> Court Name <br> County of Kings <br> 1640 Kings County Dr <br> Number    Street <br> Hanford, CA 93230 <br> City      State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | 19C-0139 | | | |
| Case title | FC Marketplace, LLC v. Miller Hay & Trucking | Collection | Superior Court of California <br> Court Name <br> County of Kings <br> 1640 Kings County Dr <br> Number    Street <br> Hanford, CA 93230 <br> City      State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number | 19C-0184 | | | |
| Case title | Harvester Funding, LLC v Miller Hay & Trucking, Inc, Jake Miller | Collection | Superior Court of California <br> Court Name <br> County of Kings <br> 1640 Kings County Dr <br> Number    Street <br> Hanford, CA 93230 <br> City      State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number | 18C0278 | | | |

| Debtor 1 | **William** | **Jacob** | **Miller** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____ Creditor's Name | | _____ | _____ |
| _____ Number    Street | **Explain what happened** | | |
| _____ City          State    ZIP Code | ☐ Property was repossessed. ☐ Property was foreclosed. ☐ Property was garnished. ☐ Property was attached, seized, or levied. | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's Name | | _____ | _____ |
| _____ Number    Street | | | |
| _____ City          State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

**Part 5:** List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

Debtor 1    **William**           **Jacob**              **Miller**          Case number *(if known)* _____
            First Name           Middle Name            Last Name

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

_____

Person to Whom You Gave the Gift

_____


_____

Number      Street

_____

City                    State    ZIP Code

Person's relationship to you    _____

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|

_____

Charity's Name

_____


_____

Number      Street

_____

City                    State    ZIP Code

| Part 6: | List Certain Losses |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

| Debtor 1 | **William** | **Jacob** | **Miller** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 7:** List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Fear Waddell, P.C. | See FRBP 2016(b) statement. | _____ | _____ |
| Person Who Was Paid | | | |
| 7650 N. Palm Avenue 101 | | | |
| Number    Street | | | |
| Fresno, CA 93711 | | | |
| City    State   ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Springboard | Credit Counseling Certificate | 01/26/2023 | $45.00 |
| Person Who Was Paid | | | |
| Number    Street | | | |
| City    State   ZIP Code | | | |
| bkhelp.org | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | _____ | _____ |
| Person Who Was Paid | | | |
| Number    Street | | _____ | _____ |
| City    State   ZIP Code | | | |

Debtor 1     **William**          **Jacob**          **Miller**                    Case number *(if known)* _____
             First Name          Middle Name        Last Name

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer _____ | | | _____ |
| Number     Street _____ | | | |
| _____ | | | |
| City              State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices.*)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

| **Part 8:** | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | **William** | **Jacob** | **Miller** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

|  | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Name of Financial Institution**<br><br>**Number    Street**<br><br>**City          State    ZIP Code** | **XXXX–** ___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | _____ |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

|  | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Financial Institution**<br><br>**Number    Street**<br><br>**City          State    ZIP Code** | **Name**<br><br>**Number    Street**<br><br>**City          State    ZIP Code** |  | ☐ No<br>☐ Yes |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

|  | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Storage Facility**<br><br>**Number    Street**<br><br>**City          State    ZIP Code** | **Name**<br><br>**Number    Street**<br><br>**City          State    ZIP Code** |  | ☐ No<br>☐ Yes |

| Debtor 1 | **William** | **Jacob** | **Miller** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 9: Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No

☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Minor age Children <br> **Owner's Name** <br><br> 7337 20th Avenue <br> **Number   Street** <br><br> _____ <br> Lemoore, CA 93245 <br> **City   State   ZIP Code** | 7337 20th Avenue <br> **Number   Street** <br><br> _____ <br><br> Lemoore, CA 93245 <br> **City     State   ZIP Code** | Cattle, hogs, & horses owned by children as 4-H projects. | |

### Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____ <br> **Name of site** <br><br> _____ <br> **Number   Street** <br><br> _____ <br> **City    State   ZIP Code** | **Governmental unit** <br><br> _____ <br> **Number   Street** <br><br> _____ <br> **City   State   ZIP Code** | | _____ |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

Debtor 1    **William**        **Jacob**        **Miller**                    Case number *(if known)* _____
            First Name        Middle Name      Last Name

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

Name of site _____          Governmental unit _____

Number   Street _____          Number   Street _____

_____          City          State      ZIP Code

City          State   ZIP Code

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

Case title _____          Court Name _____          ☐ Pending

_____                                                         ☐ On appeal

_____          Number   Street _____               ☐ Concluded

Case number _____          City          State      ZIP Code

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| HACC Transport, LLC | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Name | | Do not include Social Security number or ITIN |
| 20058 Elgin Ave | Trucking | EIN:  _8_ _1_ – _2_ _6_ _7_ _2_ _7_ _6_ _6_ |
| Number   Street | | |
| | Name of accountant or bookkeeper | Dates business existed |
| | M. Green & Company LLP CPAs | From  _5/2016_   To  _6/2020_ |
| Lemoore, CA 93245 | | |
| City          State   ZIP Code | | |

Debtor 1     __William__     __Jacob__     __Miller__       Case number *(if known)* _____

     First Name      Middle Name      Last Name

| | | |
|---|---|---|
| __J & M Properties__<br>**Name** | **Describe the nature of the business**<br><br>dba used for Rental Properties | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br><br>EIN: __ __ – __ __ __ __ __ __ __ |
| __7337 20th Avenue__<br>**Number   Street** | **Name of accountant or bookkeeper**<br><br>M. Green & Company LLP CPAs | **Dates business existed**<br><br>From __2015__ To __2020__ |
| __Lemoore, CA 93245__<br>**City      State    ZIP Code** | | |
| __Miller Farm Company, LLC__<br>**Name** | **Describe the nature of the business**<br><br>Farming | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br><br>EIN: __3__ __2__ – __0__ __3__ __7__ __9__ __1__ __2__ __8__ |
| __20058 Elgin Ave__<br>**Number   Street** | **Name of accountant or bookkeeper**<br><br>M. Green & Company LLP CPAs | **Dates business existed**<br><br>From __5/2012__ To __to Current__ |
| __Lemoore, CA 93245__<br>**City      State    ZIP Code** | | |
| __Miller Hay & Trucking, Inc__<br>**Name** | **Describe the nature of the business**<br><br>Trucking | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br><br>EIN: __2__ __7__ – __1__ __4__ __7__ __0__ __5__ __6__ __6__ |
| __20058 Elgin Ave__<br>**Number   Street** | **Name of accountant or bookkeeper**<br><br>M. Green & Company LLP CPAs | **Dates business existed**<br><br>From __8/2009__ To __to current__ |
| __Lemoore, CA 93245__<br>**City      State    ZIP Code** | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No

☑ Yes. Fill in the details below.

| | **Date issued** |
|---|---|
| __M Green & Company LLP__<br>**Name** | __Accountant last__<br>few years<br>**MM / DD / YYYY** |
| __308 South M Street__<br>**Number   Street** | |
| __Tulare, CA 93274__<br>**City      State    ZIP Code** | |

| Debtor 1 | **William** | **Jacob** | **Miller** | Case number *(if known)* _____ |
|----------|-------------|-----------|------------|---------------------------------------------|
|          | First Name  | Middle Name | Last Name |                                             |

## Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _(signature)_

Signature of William Jacob Miller, Debtor 1

Date 02/07/2023

Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No

☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

2

FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
Peter A. Sauer, No. 255957
psauer@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

Attorney for Debtor JACOB MILLER

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. _____-11 |
| JACOB MILLER | Chapter 11 |
| Debtor. | D.C. No. N/A |

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR PURSUANT TO FRBP 2016(b)**

Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

1. Debtor paid a pre-petition retainer to me of $30,000.00, which was deposited into my attorney client trust account.

1          2.      Prior to the petition date, I drew down on the retainer in the amount of

2   $28,868.50 for pre-petition fees (on an hourly basis) and costs, including the court filing fee

3   for filing this bankruptcy case.

4          3.      I am currently holding $1,131.50 in the attorney-client trust account for this

5   matter, which will be used to pay fees and costs incurred in this matter on an hourly basis.

6          4.      The source of compensation previously paid to me and to be paid to me is the

7   Debtor.

8          5.      I have not agreed to share the above-disclosed compensation with any other

9   person unless they are members and associates of my law firm.

10         6.      My legal services agreement with the Debtor provides that I represent Debtor

11   in all aspects of this bankruptcy case, but it does not include representation outside of this

12   bankruptcy case, including any litigation outside of this bankruptcy case. A copy of this legal

13   services agreement will be filed with the Application to Employ Counsel for the Debtor.

14         I certify that the foregoing is a complete statement of any agreement or arrangement

15   for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

16   Date:  2/7/23                   /s/ Peter L. Fear         

17                                   PETER L. FEAR